NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INERGETIC AB,**
*Appellant*

**v.**

**MURATA MANUFACTURING CO., LTD.,**
*Appellee*

---

2020-2185

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00502.

---

## JUDGMENT

---

DAVID CHAVOUS, Chavous Intellectual Property Law LLC, Boxford, MA, argued for appellant.  Also represented by DAVID ANTHONY GIORDANO, Giordano Law LLC, Boston, MA.

ANGELA OLIVER, Haynes & Boone, LLP, Washington, DC, argued for appellee.  Also represented by ADAM CARL FOWLES, Plano, TX; GREGORY J. MICHELSON, Costa Mesa, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, LINN, and CHEN, *Circuit Judges*).
**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 2, 2021          /s/ Peter R. Marksteiner
      Date                Peter R. Marksteiner
                          Clerk of Court